IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIGDALIA COLON-ETERAS | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, Commissioner | : | |
| of the Social Security Administration, | : | |
| Defendant. | : | No. 07-2644 |

**O R D E R**

      **AND NOW,** this 14th day of May, 2008, upon independent review of Plaintiff's Motion for Summary Judgment or, in the alternative, for Remand (Docket No. 10), and the response thereto, and after careful consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment is **DENIED**;

3. Plaintiff's Motion for Remand is **GRANTED** and this matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report;

4. **JUDGMENT IS ENTERED** in favor of Plaintiff, reversing the decision of the Commissioner of Social Security, for the purposes of this **REMAND** only.

BY THE COURT:

s/ John R. Padova, J.
John R. Padova, J.